# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FBI WIND DOWN, INC.<br>(f/k/a Furniture Brands International, Inc.), *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 13-12329 (CSS) |
| FBI Wind Down, Inc. Liquidating Trust, by and through Alan D. Halperin, as Liquidating Trustee,<br><br>        Plaintiff,<br><br>  - against -<br><br>Damco USA, Inc.,<br><br>        Defendant. | Adv. Proc. No. 15-51154 (CSS) |

## ALIAS SUMMONS AND NOTICE OF PRETRIAL
## CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | 824 North Market Street, 3rd Floor<br>Wilmington, Delaware 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys:

| | |
|---|---|
| Victoria A. Guilfoyle, Esq.<br>BLANK ROME LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801 | Edward L. Schnitzer, Esq.<br>HAHN & HESSEN LLP<br>488 Madison Avenue<br>New York, New York 10022 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following place on **a date and time to be determined**. You will receive further notice of such pretrial conference at a later date.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE<br>824 North Market Street<br>Wilmington, Delaware 19801 | 5th Floor, Courtroom No.: 6<br><br>Date and Time: **TO BE DETERMINED** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT
OF DELAWARE

Dated: October 21, 2015

    */s/ David D. Bird*
    *Clerk of the Bankruptcy Court*