IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| FBI WIND DOWN, INC. (f/k/a Furniture Brands International, Inc.), et al., | Case No. 13-12329 (CSS) |
| | **Related Docket Nos.: 2635, 2679** |
| Debtors.[1] | |

-----------------------------------------------------------------x

| | |
|---|---|
| FBI WIND DOWN, INC. LIQUIDATING TRUST, by and through Alan D. Halperin, as Liquidating Trustee, | |
| Plaintiff, | |
| - against - | Adv. Proc. No. (as identified on Exhibit "1") |
| DEFENDANTS IDENTIFED ON EXHIBIT "1", | |
| Defendant. | |

-----------------------------------------------------------------x

**ORDER GRANTING MOTION OF THE FBI WIND DOWN, INC. LIQUIDATING TRUSTEE TO ESTABLISH PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT PURSUANT TO SECTIONS 547, 548 AND 550 OF THE BANKRUPTCY CODE**

Upon the *Motion of the FBI Wind Down, Inc. Liquidating Trustee for Entry of an Order Establishing Procedures Governing Adversary Proceedings Commenced Pursuant to Sections 547, 548 and 550 of the Bankruptcy Code* (the "Motion")[2]; and the Court having jurisdiction to consider the Motion and grant the relief requested in the Motion; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon all of the proceedings before the Court, the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: FBI Wind Down, Inc. (7683); AT Wind Down, Inc. (7587); BFI Wind Down, Inc. (3217); BHF Wind Down, Inc. (8844); BR Wind Down, Inc. (8843); BT Wind Down, Inc. (1721); FBH Wind Down, Inc. (2837); FBO Wind Down, Inc. (4908); FBRC Wind Down, Inc. (1288); HFI Wind Down, Inc. (7484); HR Wind Down, Inc. (6125); HT Wind Down, Inc. (4378); LFI Wind Down, Inc. (5064); LHFR Wind Down, Inc. (9085); LV Wind Down, Inc. (8434); MSFI Wind Down, Inc. (7486); TFI Wind Down, Inc. (6574); THF Wind Down, Inc. (3139); and TR Wind Down, Inc. (6174).

[2] Capitalized terms used in this Order but not otherwise defined herein shall have the meanings ascribed to such

Court finds and determines that the relief requested in the Motion is in the best interests of the Liquidation Trust, the creditors of the Debtors' estates, and all parties-in-interest, that the Liquidating Trustee has provided due and adequate notice of the Motion, that no other notice is necessary, that the legal and factual bases set forth in the Motion establish just and unique cause to grant the relief requested therein, including any minor deviations from the Local Rules and General Orders, and in the absence of any opposition to the Proposed Procedures, it is hereby:

**ORDERED,** that the Motion is granted; and it is further

**ORDERED,** that the procedures governing all parties to the Avoidance Actions, attached hereto as Exhibit "2" (the "Avoidance Action Procedures") and incorporated herein by reference, are hereby approved and shall govern the Avoidance Actions, effective as of the date of this Order; and it is further

**ORDERED,** that the Liquidating Trustee shall file a written status update ninety (90) days after entry of this Order (and every one hundred twenty (120) days thereafter). Each written report shall list the status of each Avoidance Action and include the following information about each Avoidance Action, as applicable: (i) the case name and adversary proceeding number; (ii) the date the summons was served; (iii) the date a responsive pleading was filed or is due; (iv) the date a Notice of Mediator Selection was filed and the name of the selected Mediator; (v) the date the Mediator's Report was filed; (vi) whether the Avoidance Action has been consensually resolved; and (vii) the date on which any pretrial scheduling conference is scheduled or was held; and it is further

**ORDERED,** that the Bankruptcy Code, the Bankruptcy Rules and the Local Rules shall apply to the Adversary Proceedings, except to the extent that they conflict with the Avoidance Action Procedures; and it is further

terms in the Motion.

**ORDERED,** that the time periods set forth in this Order and the Avoidance Action Procedures shall be calculated in accordance with Bankruptcy Rule 9006(a); and it is further

**ORDERED,** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order; and it is further

**ORDERED,** that this Order shall be effective immediately upon its entry.

DATED: November 10, 2015
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

3