# EXHIBIT 1

| Defendant Name | Adv. Proc. No. |
| --- | --- |
| Haining Detai New Material Co., Ltd. | 15-51034 (CSS) |
| Haining Hainix Sofa Co., Ltd. | 15-51035 (CSS) |
| Haining Kareno Furniture Co., Ltd. | 15-51036 (CSS) |
| Haining Nice-Link Home Furnishing Co., Ltd. | 15-51037 (CSS) |
| Shayne International Holdings Ltd. | 15-51038 (CSS) |
| Nihao Furniture Manufacturing Co., Ltd. | 15-51039 (CSS) |
| Tongxiang Longxiang Trading Co., Ltd. | 15-51040 (CSS) |
| Zheijiang Ausen Industry Co., Ltd. | 15-51041 (CSS) |
| Zhongwang Holding Group Co., Ltd. | 15-51042 (CSS) |
| Elk Creek Lumber, Inc. | 15-51071 (CSS) |
| Fabricut, Inc. | 15-51073 (CSS) |
| Fengshun County Xiangxu Furniture Co., Ltd. | 15-51074 (CSS) |
| ICR, LLC | 15-51076 (CSS) |
| Innovative Delivery Systems, Inc. | 15-51077 (CSS) |
| New Style Co., Limited | 15-51080 (CSS) |
| Fookyik Furniture International Co., Ltd. | 15-51083 (CSS) |
| General Packaging Spec Co. | 15-51084 (CSS) |
| Golden Fortune Co., Ltd. | 15-51085 (CSS) |
| Green River Furniture Corporation | 15-51086 (CSS) |
| Jia Mei International Company Trading Ltd. | 15-51087 (CSS) |
| Jusong Furniture Co., Ltd. | 15-51088 (CSS) |
| Latitude Tree Vietnam Joint Stock Company | 15-51089 (CSS) |
| Modern Home Furniture Co., Ltd. | 15-51090 (CSS) |
| Ningbo Furniture Industries Limited | 15-51091 (CSS) |
| Pacific Traders Manufacturing Corporation | 15-51092 (CSS) |
| PT Tjakrindo Mas | 15-51093 (CSS) |
| Richmond International | 15-51094 (CSS) |
| All American Poly Corp. | 15-51095 (CSS) |
| Bridgeway International Corp. and Cerberus International Corp. | 15-51097 (CSS) |
| Changxing Hailian Textile Co. | 15-51099 (CSS) |
| APJL Consulting, LLC | 15-51100 (CSS) |
| Color Art Integrated Interiors, LLC | 15-51102 (CSS) |
| Con-Tab, Inc. | 15-51103 (CSS) |
| Der Cheng Furniture (Shenzhen) Co., Ltd. | 15-51104 (CSS) |
| Dongguan Yihao Furniture Co., Ltd. | 15-51105 (CSS) |
| Electronic Funds Source LLC | 15-51107 (CSS) |
| Shenzhen Polygrace Leather Goods Co., Ltd. | 15-51108 (CSS) |
| Sirva Relocation LLC | 15-51109 (CSS) |
| Skelly, Inc. | 15-51110 (CSS) |
| Snelling Employment, LLC | 15-51111 (CSS) |

| Defendant Name | Adv. Proc. No. |
| --- | --- |
| Southern Fiber, Inc. | 15-51112 (CSS) |
| Valencia Trucking, Inc. | 15-51113 (CSS) |
| Wildcat Territory Inc. | 15-51114 (CSS) |
| J G Edelen Company, Inc. | 15-51117 (CSS) |
| Moncure Plywood, LLC | 15-51119 (CSS) |
| Microfibres, Inc. | 15-51120 (CSS) |
| Omexey Home Furnishing Corporation | 15-51122 (CSS) |
| Fastening Solutions, Inc. | 15-51124 (CSS) |
| Flakeboard America Limited | 15-51125 (CSS) |
| Global Logistics Village Inc. | 15-51127 (CSS) |
| Harris House Furniture Industries, Inc. | 15-51128 (CSS) |
| Heywood Consulting LLC | 15-51129 (CSS) |
| ID Media, Inc. | 15-51130 (CSS) |
| Kinetix International Logistics | 15-51132 (CSS) |
| Marvin J Perry, Inc. | 15-51133 (CSS) |
| Pilot Travel Centers LLC | 15-51135 (CSS) |
| MicroD, Inc. | 15-51137 (CSS) |
| OOCL (USA) Inc; and Orient Overseas Container Line Limited | 15-51138 (CSS) |
| Pepper Moon Catering, Inc. | 15-51139 (CSS) |
| Print Image, LLC | 15-51140 (CSS) |
| Specialty Bedding LLC | 15-51141 (CSS) |
| Superwood Company Limited | 15-51142 (CSS) |
| Timber Wolf Dissolution, Inc. | 15-51143 (CSS) |
| Well Known Homeart Enterprise Co., Ltd. | 15-51145 (CSS) |
| Woodpark Furniture Vietnam Co., Ltd | 15-51146 (CSS) |
| World Design International Co., Ltd | 15-51147 (CSS) |
| Yang Ming Marine Transport Corporation | 15-51148 (CSS) |
| Akzo Nobel Coatings, Inc. | 15-51149 (CSS) |
| American Global Logistics LLC | 15-51150 (CSS) |
| Damco USA, Inc. | 15-51154 (CSS) |
| Donord Craft International Ltd | 15-51156 (CSS) |
| Haining Jinzheng Furniture Co. Ltd. | 15-51158 (CSS) |
| Foremost Groups, Inc. | 15-51159 (CSS) |
| Lever Interactive, Incorporated | 15-51160 (CSS) |
| Avaya, Inc. | 15-51163 (CSS) |
| Craftwood, Inc. | 15-51165 (CSS) |
| Xinding Furniture Manufacture Co., Ltd.; and Hk Yichang Furniture Trade Co. | 15-51166 (CSS) |
| Abercrombie Textiles LLC | 15-51167 (CSS) |
| Classic Design Services, Inc. | 15-51168 (CSS) |
| CVS Caremark Corporation | 15-51169 (CSS) |
| AB Home Design LLC | 15-51175 (CSS) |

| Defendant Name | Adv. Proc. No. |
| --- | --- |
| Blandy Hardwoods, Inc. | 15-51176 (CSS) |
| Choice Hotels International, Inc. | 15-51177 (CSS) |
| Direct Response Holdings LLC | 15-51180 (CSS) |
| Duo-Fast Carolinas, LLC | 15-51181 (CSS) |
| Fast Furniture Repair, Inc. | 15-51182 (CSS) |
| Frederic W. Cook & Co., Inc. | 15-51183 (CSS) |
| Granite Telecommunications, LLC | 15-51184 (CSS) |
| Hunt Country Components, Ltd | 15-51186 (CSS) |
| Jan Huigen | 15-51187 (CSS) |
| Joel Cook Molding & Lumber Co., Inc. | 15-51188 (CSS) |
| DTI Integrated Business Solutions, Inc. | 15-51189 (CSS) |
| Gerber Scientific International, Inc. | 15-51191 (CSS) |
| Joseph Cory Holdings LLC | 15-51192 (CSS) |
| James L. Henson Distributing Corporation | 15-51193 (CSS) |
| Multi-Wall Packaging Corporation | 15-51194 (CSS) |
| Soicher-Marin of Florida, LLC | 15-51195 (CSS) |
| Surya Carpet, Inc.; Surya, Inc.; and Surya | 15-51196 (CSS) |
| Gergel-Kellem Company, Inc. | 15-51197 (CSS) |
| Western Logistics, Inc. | 15-51198 (CSS) |
| WMCV Phase I, LLC | 15-51201 (CSS) |
| Hapag-Lloyd (America) Inc. | 15-51202 (CSS) |
| Weyerhaeuser Company | 15-51203 (CSS) |
| Lockton Companies, LLC, et. al. | 15-51204 (CSS) |
| Ricoh Americas Corporation | 15-51205 (CSS) |
| Hanjin Shipping Co., Ltd. | 15-51207 (CSS) |
| Premium Cushion, Inc. | 15-51209 (CSS) |
| Sealy, Inc. | 15-51210 (CSS) |
| Sewing Center of KY, Inc. | 15-51211 (CSS) |
| Leggett & Platt Incorporated; Leggett & Platt Components Company, Inc.; and L&P Financial Services Co. | 15-51212 (CSS) |
| Wayne Industries, Inc. | 15-51213 (CSS) |
| Dell Marketing L.P. | 15-51214 (CSS) |
| Edward B. De Leo Co., Inc. | 15-51215 (CSS) |
| Global Interface Solutions, Inc. | 15-51216 (CSS) |
| Fine Art Express, LLC | 15-51217 (CSS) |
| JLA Home, Inc. | 15-51218 (CSS) |
| Interwoven Group, LLC | 15-51219 (CSS) |
| Nevamar Company, LLC; and Panolam Industries International, Inc. | 15-51220 (CSS) |
| Automatic Lathe Cutterhead Co. | 15-51221 (CSS) |
| Pacific Furniture Marketing | 15-51222 (CSS) |
| The Swatch Works | 15-51223 (CSS) |
| Universal Protection Service, LLC | 15-51224 (CSS) |

| Defendant Name | Adv. Proc. No. |
|---|---|
| Wilsonart International Inc. | 15-51226 (CSS) |
| Brand Aid Design Co., LLC | 15-51227 (CSS) |
| Cable Manufacturing & Assembly Co., Inc. | 15-51228 (CSS) |
| Chickasaw Container Corporation | 15-51229 (CSS) |
| Hi-Tex, Inc. | 15-51231 (CSS) |
| Dorell Fabrics Co. | 15-51232 (CSS) |
| Eastern Lumber Corporation | 15-51233 (CSS) |
| E.H. Hamilton Trucking & Warehousing Service Inc. | 15-51234 (CSS) |
| D&D Installers, Inc. | 15-51235 (CSS) |
| Cassidy Turley Commercial Real Estate Services, Inc. | 15-51236 (CSS) |
| Hickory Springs Manufacturing Company | 15-51237 (CSS) |
| Carolina Swatching, Inc. | 15-51240 (CSS) |
| Furnlite, Inc. | 15-51241 (CSS) |
| Hellmann Worldwide Logistics, Inc. | 15-51242 (CSS) |
| Hickory Saw & Tool, Inc. | 15-51243 (CSS) |
| Homedirect, Inc. | 15-51244 (CSS) |
| Charles E. Jarrell Contracting Company, Inc. | 15-51245 (CSS) |
| Just In Time Services, Inc. | 15-51246 (CSS) |
| Le Blue Goose, Inc. | 15-51247 (CSS) |
| Atlantic Corporation | 15-51249 (CSS) |
| Marlatex Corp | 15-51250 (CSS) |
| J. B. Martin Company | 15-51251 (CSS) |
| Mike Thomas | 15-51252 (CSS) |
| Vidrios El Castillo, Inc. | 15-51254 (CSS) |
| Weave Textiles LLC | 15-51255 (CSS) |
| American Security of Greenville LLC | 15-51256 (CSS) |
| Custom Nonwoven, Inc. | 15-51257 (CSS) |
| Yusen Logistics (Americas), Inc. | 15-51259 (CSS) |
| Custom Finishers, Inc. | 15-51261 (CSS) |
| Fulterer USA, Inc. | 15-51262 (CSS) |
| Piedmont Natural Gas Company | 15-51264 (CSS) |
| S & S Graphics LLC | 15-51265 (CSS) |
| Boston Saw & Tool, Inc. | 15-51268 (CSS) |
| Lauderdale Paper Service, Inc. | 15-51269 (CSS) |
| Carnes Frames, Inc. | 15-51271 (CSS) |
| MLW Chairs, LLC | 15-51273 (CSS) |
| Limoss US, LLC | 15-51274 (CSS) |
| Abstract Studios | 15-51277 (CSS) |
| Banner Retail Marketing Group, LLC | 15-51278 (CSS) |
| Phoenix Trim Works, Inc. | 15-51280 (CSS) |
| Burlington Technologies | 15-51281 (CSS) |
| Shelba D. Johnson Trucking, Inc. | 15-51282 (CSS) |

| Defendant Name | Adv. Proc. No. |
|---|---|
| Star Delivery, Inc. | 15-51283 (CSS) |
| Trebnick Systems, Inc. | 15-51284 (CSS) |
| Weber Knapp Company | 15-51285 (CSS) |
| Xpicor, Inc. | 15-51286 (CSS) |
| Amerisource Funding, Inc. | 15-51287 (CSS) |
| Charles Martel & Associates, Inc. | 15-51288 (CSS) |
| Cooke Trucking Company, Inc. | 15-51289 (CSS) |
| TCI Supply, Inc. | 15-51290 (CSS) |
| Plasticraft Manufacturing Company, Inc. | 15-51291 (CSS) |
| Milbank, Tweed, Hadley & McCloy LLP | 15-51292 (CSS) |
| Paragon Picture Gallery | 15-51293 (CSS) |
| Rocktenn CP, LLC | 15-51294 (CSS) |
| Royale Comfort Seating, Inc. | 15-51295 (CSS) |
| PriceWaterhouseCoopers, LLP | 15-51296 (CSS) |
| Penske Truck Leasing Co, L.P. | 15-51298 (CSS) |
| Manufacturers & Traders Trust Company | 15-51299 (CSS) |
| Kilpatrick Townsend & Stockton, LLP | 15-51300 (CSS) |
| MLW Stone, LLC | 15-51301 (CSS) |
| American Express Company | 15-51302 (CSS) |
| Pitney Bowes, Inc. | 15-51303 (CSS) |
| PSC International, LLC | 15-51304 (CSS) |
| Sterling International, Inc. | 15-51305 (CSS) |
| IMAX Corporation | 15-51306 (CSS) |
| Robert Half International, Inc. | 15-51307 (CSS) |
| Sunbelt Furniture Xpress, Inc | 15-51308 (CSS) |
| Tiger Imports Group, LLC | 15-51309 (CSS) |
| Leggett & Platt | 15-51310 (CSS) |
| Exact Commerce USA, Inc. | 15-51311 (CSS) |
| NEHDS Logistics Inc. | 15-51312 (CSS) |
| Jersey Shore Steel Company Inc. | 15-51313 (CSS) |
| Moore & Giles, Inc. | 15-51314 (CSS) |
| Morgan Fabrics Corporation | 15-51315 (CSS) |
| Morrisette Paper Company, Inc. | 15-51316 (CSS) |
| Onin Staffing, LLC | 15-51317 (CSS) |
| Preferred Furniture Components, Inc. | 15-51318 (CSS) |
| Restonic Mattress Corporation | 15-51319 (CSS) |
| Premium Fabricators LLC | 15-51320 (CSS) |
| The Personnel Center, Inc. | 15-51321 (CSS) |
| Careers USA, Inc. | 15-51324 (CSS) |
| Coilplus, Inc. | 15-51325 (CSS) |
| Duke Energy Carolinas, LLC | 15-51326 (CSS) |
| Armstrong Transfer & Storage Co., Inc. | 15-51327 (CSS) |

| Defendant Name | Adv. Proc. No. |
|---|---|
| Honeywell International Inc. | 15-51328 (CSS) |
| Ark-Ell Springs, Inc. | 15-51329 (CSS) |
| Dealer Imports, Inc. | 15-51330 (CSS) |
| Federal Express Corporation d/b/a FedEx ERS | 15-51332 (CSS) |
| Progressive Adhesives, Inc. | 15-51333 (CSS) |
| Nar USA, LLC t/a Nardes USA | 15-51334 (CSS) |