**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------------x

In re:

FBI WIND DOWN, INC. (f/k/a Furniture
Brands International, Inc.), et al.,

                              Debtors.

-------------------------------------------------------------------------x

FBI WIND DOWN, INC. LIQUIDATING TRUST,
by and through Alan D. Halperin, as Liquidating
Trustee,

                              Plaintiff,

        - against -

COILPLUS, INC. f/k/a COILPLUS-NORTH
CAROLINA, INC.,

                              Defendant.

-------------------------------------------------------------------------x

Chapter 11

Case No. 13-12329 (CSS)

Adv. Proc. No. 15-51325 (CSS)

**NOTICE OF VOLUNTARY DISMISSAL WITH**
**PREJUDICE OF ADVERSARY PROCEEDING**

Plaintiff, Alan D. Halperin, Esq., as the Liquidating Trustee of the FBI Wind Down, Inc.

Liquidating Trust, in the above-captioned adversary proceeding, hereby respectfully requests

that the Court immediately dismiss, with prejudice, the above-captioned Adversary

Proceeding against the Defendant, pursuant to Bankruptcy Rule 7041 and Fed. R. Civ. P.

41(a)(1)(i).   No answer has been filed by the Defendant.   This adversary proceeding is

hereby closed.

**[SIGNATURE PAGE FOLLOWS]**

784000/010-5863517.1

Dated: Wilmington, Delaware
       January 28, 2016

                              **BLANK ROME LLP**

                              */s/ Victoria A. Guilfoyle*
                              Michael B. Schaedle, Esq.
                              Victoria A. Guilfoyle, Esq. (DE No. 5183)
                              1201 Market Street, Suite 800
                              Wilmington, Delaware  19801
                              Telephone:    (302) 425-6400
                              Facsimile:    (302) 425-6464

                              -and-

                              Edward L. Schnitzer, Esq.
                              Jeffrey Zawadzki, Esq.
                              **HAHN & HESSEN LLP**
                              488 Madison Avenue
                              New York, New York  10022
                              Telephone:    (212) 478-7200
                              Facsimile:    (212) 478-7400

                              *Co-Counsel for the Liquidating Trustee*