**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FBI WIND DOWN, INC.<br>(f/k/a Furniture Brands International, Inc.), *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-12329 (CSS) |
| FBI WIND DOWN, INC. LIQUIDATING TRUST, by and through Alan D. Halperin, as Liquidating Trustee,<br><br>Plaintiff,<br><br>v.<br><br>DAMCO CUSTOMS SERVICES, INC. d/b/a DAMCO, DAMCO USA, INC., MAERSK CUSTOMS SERVICES, INC., and/or MCSI; DAMCO USA, INC. d/b/a DAMCO CUSTOMS SERVICES, INC., DAMCO, MAERSK CUSTOMS SERVICES, INC. and/or MCSI; AND MAERSK CUSTOMS SERVICES, INC. d/b/a DAMCO, DAMCO CUSTOMS SERVICES, INC., DAMCO USA, INC. and/or MCSI,<br><br>Defendants. | Adv. Proc. No. 15-51154 (CSS)<br><br>**Related Docket Nos.: 11, 12** |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF (I)
FIRST AMENDED COMPLAINT TO AVOID AND RECOVER
REFERENTIAL TRANSFERS AND OBJECT TO CLAIMS; AND (II)
AMENDED SUMMONS FOR FIRST AMENDED COMPLAINT AND
<u>NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING</u>**

PLEASE TAKE NOTICE that the (i) *First Amended Complaint to Avoid and Recover Preferential Transfers and Object to Claims* [Adv. Docket No. 11]; and (ii) *Amended Summons for First Amended Complaint and Notice of Pretrial Conference in Adversary Proceeding* [Adv. Docket No. 12] are hereby WITHDRAWN without prejudice. The amended complaint and summons contained a typo in the caption. Corrected versions of the amended complaint and summons will be filed and served.

143903.01600/102030067v.1

Dated: March 1, 2016
      Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Victoria A. Guilfoyle*
Michael B. Schaedle, Esq.
Victoria Guilfoyle, Esq. (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

**HAHN & HESSEN LLP**
Edward L. Schnitzer, Esq.
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for the Plaintiff*