# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FBI WIND DOWN, INC.<br>(f/k/a Furniture Brands International, Inc.), *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-12329 (CSS) |
| FBI WIND DOWN, INC. LIQUIDATING TRUST, by and through Alan D. Halperin, as Liquidating Trustee,<br><br>Plaintiff,<br><br>v.<br><br>DAMCO CUSTOMS SERVICES, INC. d/b/a DAMCO, DAMCO USA, INC., MAERSK CUSTOMS SERVICES, INC., and/or MCSI; DAMCO USA, INC. d/b/a DAMCO CUSTOMS SERVICES, INC., DAMCO, MAERSK CUSTOMS SERVICES, INC. and/or MCSI; AND MAERSK CUSTOMS SERVICES, INC. d/b/a DAMCO, DAMCO CUSTOMS SERVICES, INC., DAMCO USA, INC. and/or MCSI,<br><br>Defendant. | Adv. Proc. No. 15-51154 (CSS) |

## **CERTIFICATE OF SERVICE**

I, Victoria A. Guilfoyle, hereby certify that on the 1st day of March, 2016, I caused to be served the *First Amended Complaint to Avoid and Recover Preferential Transfers and Object to Claims* [Adv. Docket No. 14], together with the foregoing *Amended Summons for First Amended Complaint and Notice of Pretrial Conference in an Adversary Proceeding* and *Notice of Dispute Resolution Alternatives*, upon the following persons via U.S. first-class mail, postage fully pre-paid:

> Martin F. Conniff, Esq.
> Rachel Jaffe Mauceri, Esq.
> Michaela Dragalin, Esq.
> MORGAN, LEWIS & BOCKIUS LLP
> 1701 Market Street
> Philadelphia, PA 19103-2921
> *(Counsel to Defendants)*

Dated: Wilmington, Delaware
March 1, 2016

**BLANK ROME LLP**

*/s/ Victoria A. Guilfoyle*
Michael B. Schaedle, Esq.
Victoria A. Guilfoyle, Esq. (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

-and-

**HAHN & HESSEN LLP**
Edward L. Schnitzer, Esq.
Jeffrey Zawadzki, Esq.
488 Madison Avenue
New York, New York 10022
Telephone:    (212) 478-7200
Facsimile:    (212) 478-7400

*Co-Counsel for the Liquidating Trustee*