IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x

In re:

FBI WIND DOWN, INC. (f/k/a Furniture Brands International, Inc.), et al.,

                       Debtors.

------------------------------------------------------------------------x

FBI WIND DOWN, INC. LIQUIDATING TRUST, by and through Alan D. Halperin, as Liquidating Trustee,

                       Plaintiff,

    - against -

DAMCO CUSTOMS SERVICES, INC. d/b/a DAMCO, DAMCO USA, INC., MAERSK CUSTOMS SERVICES, INC., and/or MCSI; DAMCO USA, INC. d/b/a DAMCO CUSTOMS SERVICES, INC., DAMCO, MAERSK CUSTOMS SERVICES, INC. and/or MCSI; AND MAERSK CUSTOMS SERVICES, INC. d/b/a DAMCO, DAMCO CUSTOMS SERVICES, INC., DAMCO USA, INC. and/or MCSI,

                       Defendants.

------------------------------------------------------------------------x

Chapter 11

Case No. 13-12329 (CSS)

Adv. Proc. No. 15-51154 (CSS)

**NOTICE OF VOLUNTARY DISMISSAL WITH
<u>PREJUDICE OF ADVERSARY PROCEEDING</u>**

Plaintiff, Alan D. Halperin, Esq., as the Liquidating Trustee of the FBI Wind Down, Inc. Liquidating Trust, in the above-captioned adversary proceeding, hereby respectfully requests that the Court immediately dismiss, with prejudice, the above-captioned Adversary Proceeding against the Defendant, pursuant to Bankruptcy Rule 7041 and Fed. R. Civ. P. 41(a)(1)(i). No answer has been filed by the Defendant. This adversary proceeding is hereby closed.

Dated: Wilmington, Delaware
February 27, 2017

**BLANK ROME LLP**

 /s/ *Victoria A. Guilfoyle*
Michael B. Schaedle, Esq.
Victoria A. Guilfoyle, Esq. (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware  19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464

-and-

Edward L. Schnitzer, Esq.
Jeffrey Zawadzki, Esq.
**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York  10022
Telephone:     (212) 478-7200
Facsimile:     (212) 478-7400

*Co-Counsel for the Liquidating Trustee*